**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

---

MARY PENNINGTON,                                     **Civil File No. 10-CV-02190**

        Plaintiff,

vs.                                                    **STIPULATION OF DISMISSAL
WITH PREJUDICE**

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.

        Defendant.

---

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Mary Pennington, and the defendant, AllianceOne Receivables Management, Inc. hereby stipulate to the dismissal of the above-styled case, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                         Respectfully submitted,

Dated: <u>December 10, 2010</u>          By <u> s/J. Mark Meinhardt</u>
                                               J. Mark Meinhardt
                                               4707 College Boulevard, Suite 100
                                               Leawood, KS 66211
                                               (913) 451-9797
                                               (913) 451-6163 (fax)
                                               ATTORNEY FOR PLAINTIFF

Dated: <u>December 10, 2010</u>          By <u> s/Joshua C. Dickinson</u>
                                               Joshua C. Dickinson, #20632
                                               Spencer Fane Britt & Browne LLP
                                               1000 Walnut, Suite 1400
                                               Kansas City, MO 64106
                                               (816) 474-8100
                                               (816) 474-3216 (fax)
                                               ATTORNEY FOR DEFENDANT